UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  **Rochelle Coates**              **:**         CHAPTER  13
                                                          **:**
         DEBTOR                          **:**         Bankruptcy No.: **25-14878\amc**

# ORDER OF COURT

**AND NOW**, this _____ day of _____, 2025 is hereby **ORDERED** that the Debtor may have until **December 29, 2025,** to file the Schedules & Statements in the above-captioned case.

**Date: December 12, 2025**

_____