CARERING HEALTH LLC
6100 Dutchmans Ln
Ste 10
Louisville KY 40205

YS07-7304
ORG: 200 Field
ORG2:101 Personal Car
EE ID: PHI5840     DD

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA  19120

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

| PERSONAL AND CHECK INFORMATION | EARNINGS | BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|---|---|
| Rochelle Coates | | | Hourly | 24.0000 | 13.0000 | 312.00 | 1545.0000 | 20085.00 |
| 225 W Nedro Ave | | | Hourly (Retro) | | | | 64.0000 | 832.00 |
| Philadelphia, PA  19120 | | | PTO- | | | | 48.0000 | 624.00 |
| Employee ID: PHI5840 | | | Overtime | 55.0000 | 19.5000 | 1072.50 | 756.0000 | 14742.08 |
| | | | Holiday Worked | 16.0000 | 19.5000 | 312.00 | 39.7500 | 775.13 |
| Home Department: 101 Personal Care / 200 Field | | | Overtime (Retro) | | | | 88.0000 | 1716.00 |
| | | | Shift Bonus | | | | | 50.00 |
| Pay Period: 11/23/25 to 11/29/25 | | | Sick | | | | 32.0000 | 416.00 |
| Check Date: 12/05/25    Check #: 302472 | | | Vacation | ____ | | | 40.0000 | 520.00 |
| | | | **Total Hours** | 95.0000 | | | 2612.7500 | |
| NET PAY ALLOCATIONS | | | **Total Hrs Worked** | 95.0000 | | | | |

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 401 | 1201.64 | 28864.72 |
| **NET PAY** | **1201.64** | **28864.72** |

| EARNINGS | | |
|---|---|---|
| **Gross Earnings** | 1696.50 | 39760.21 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 103.28 | 2385.29 |
| | Medicare | | 24.15 | 557.85 |
| | Fed Income Tax | SMS | 205.22 | 3304.85 |
| | PA Income Tax | | 51.14 | 1181.11 |
| | PA Unemploy | | 1.19 | 27.80 |
| | PA PHILA-Phi Inc | | 63.45 | 1488.53 |
| | **TOTAL** | | 448.43 | 8945.43 |

| DEDUCTIONS | DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|---|
| | Dental Advantag | 4.04 | 169.68 |
| | Guard STD | 15.77 | 662.34 |
| | Medical MVP | 26.08 | 1095.36 |
| | Vision | 0.54 | 22.68 |
| | **TOTAL** | 46.43 | 1950.06 |

| NET PAY | | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | | 1201.64 | 28864.72 |

0942 YS07-7304  CareRing Health LLC • 6100 Dutchmans Ln • Ste 10 • Louisville KY 40205 • (267) 608-1526