CARERING HEALTH LLC
6100 Dutchmans Ln
Ste 10
Louisville KY 40205

YS07-7304
ORG1:200 Field
ORG2:101 Personal Car
EE ID: PHI5840 DD

Payrolls by Paychex, Inc.

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA 19120

NON-NEGOTIABLE

NON-NEGOT

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

**PERSONAL AND CHECK INFORMATION**

Rochelle Coates
225 W Nedro Ave
Philadelphia, PA 19120
**Employee ID:** PHI5840

**Home Department:** 101 Personal Care / 200 Field

**Pay Period:** 11/23/25 **to** 11/29/25
**Check Date:** 12/05/25 **Check #:** 302472

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 401 | 1201.64 | 28864.72 |
| **NET PAY** | **1201.64** | **28864.72** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 24.0000 | 13.0000 | 312.00 | 1545.0000 | 20085.00 |
| | Hourly (Retro) | | | | 64.0000 | 832.00 |
| | PTO- | | | | 48.0000 | 624.00 |
| | Overtime | 55.0000 | 19.5000 | 1072.50 | 756.0000 | 14742.08 |
| | Holiday Worked | 16.0000 | 19.5000 | 312.00 | 39.7500 | 775.13 |
| | Overtime (Retro) | | | | 88.0000 | 1716.00 |
| | Shift Bonus | | | | | 50.00 |
| | Sick | | | | 32.0000 | 416.00 |
| | Vacation | | | | 40.0000 | 520.00 |
| | **Total Hours** | 95.0000 | | | 2612.7500 | |
| | **Total Hrs Worked** | 95.0000 | | | | |
| | **Gross Earnings** | | | 1696.50 | | 39760.21 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 103.28 | 2385.29 |
| Medicare | | 24.15 | 557.85 |
| Fed Income Tax | SMS | 205.22 | 3304.85 |
| PA Income Tax | | 51.14 | 1181.11 |
| PA Unemploy | | 1.19 | 27.80 |
| PA PHILA-Phi Inc | | 63.45 | 1488.53 |
| TOTAL | | 448.43 | 8945.43 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Dental Advantag | 4.04 | 169.68 |
| Guard STD | 15.77 | 662.34 |
| Medical MVP | 26.08 | 1095.36 |
| Vision | 0.54 | 22.68 |
| TOTAL | 46.43 | 1950.06 |

| | THIS PERIOD ($) | Y |
|---|---|---|
| **NET PAY** | 1201.64 | 28 |

Payrolls by Paychex, Inc.

**0942 YS07-7304** CareRing Health LLC • 6100 Dutchmans Ln • Ste 10 • Louisville KY 40205 • (267) 608-1526

CARERING HEALTH LLC
6100 Dutchmans Ln
Ste 10
Louisville KY 40205

YS07-7304
ORG1:200 Field
ORG2:101 Personal Car
EE ID: PHI5840 DD

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA 19120

NON-NEGOTIABLE

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

NON-NEGOT

**PERSONAL AND CHECK INFORMATION**

Rochelle Coates
225 W Nedro Ave
Philadelphia, PA 19120
**Employee ID:** PHI5840

**Home Department:** 101 Personal Care / 200 Field

**Pay Period:** 11/16/25 to 11/22/25
**Check Date:** 11/28/25 **Check #:** 301445

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 401 | 822.34 | 27663.08 |
| **NET PAY** | **822.34** | **27663.08** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 13.0000 | 520.00 | 1321.0000 | 15773.00 |
| | Hourly (Retro) | | | | 64.0000 | 832.00 |
| | PTO- | | | | 48.0000 | 624.00 |
| | Overtime | 30.7500 | 19.5000 | 599.53 | 701.0000 | 13669.58 |
| | Holiday Worked | | | | 23.7500 | 463.13 |
| | Overtime (Retro) | | | | 88.0000 | 1716.00 |
| | Shift Bonus | | | | | 50.00 |
| | Sick | | | | 32.0000 | 416.00 |
| | Vacation | | | | 40.0000 | 520.00 |
| | **Total Hours** | 70.7500 | | | 2517.7500 | |
| | **Total Hrs Worked** | 70.7500 | | | | |
| | **Gross Earnings** | | | 1119.63 | | 38063.71 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 67.51 | 2282.01 |
| Medicare | | 15.79 | 533.70 |
| Fed Income Tax | SMS | 91.48 | 3099.63 |
| PA Income Tax | | 33.43 | 1129.97 |
| PA Unemploy | | 0.78 | 26.61 |
| PA PHILA-Phi Inc | | 41.87 | 1425.08 |
| **TOTAL** | | 250.86 | 8497.00 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Dental Advantag | 4.04 | 165.64 |
| Guard STD | 15.77 | 646.57 |
| Medical MVP | 26.08 | 1069.28 |
| Vision | 0.54 | 22.14 |
| **TOTAL** | 46.43 | 1903.63 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 822.34 | 27663.08 |

Payrolls by Paychex, Inc.

42 **YS07-7304** CareRing Health LLC • 6100 Dutchmans Ln • Ste 10 • Louisville KY 40205 • (267) 608-1526

CARERING HEALTH LLC
6100 Dutchmans Ln
Ste 10
Louisville KY 40205

YS07-7304
ORG1:200 Field
ORG2:101 Personal Car
EE ID: PHI5840 DD

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA 19120

NON-NEGOTIABLE

NON-NEGOTIABLE

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

**PERSONAL AND CHECK INFORMATION**

Rochelle Coates
225 W Nedro Ave
Philadelphia, PA 19120
**Employee ID:** PHI5840

**Home Department:** 101 Personal Care / 200 Field

**Pay Period:** 11/09/25 **to** 11/15/25
**Check Date:** 11/21/25 **Check #:** 300479

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 401 | 950.76 | 26840.74 |
| **NET PAY** | **950.76** | **26840.74** |

**EARNINGS**

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 13.0000 | 520.00 | 1481.0000 | 10253.00 |
| | Hourly (Retro) | | | | 64.0000 | 832.00 |
| | PTO- | | | | 48.0000 | 624.00 |
| | Overtime | 37.5000 | 19.5000 | 731.25 | 670.2500 | 13069.95 |
| | Holiday Worked | | | | 23.7500 | 463.13 |
| | Overtime (Retro) | | | | 88.0000 | 1716.00 |
| | Shift Bonus | | | 50.00 | | 50.00 |
| | Sick | | | | 32.0000 | 416.00 |
| | Vacation | | | | 40.0000 | 520.00 |
| | **Total Hours** | 77.5000 | | | 2447.0000 | |
| | **Total Hrs Worked** | 77.5000 | | | | |
| | **Gross Earnings** | | | 1301.25 | | 36944.08 |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 78.78 | 2214.50 |
| Medicare | | 18.43 | 517.91 |
| Fed Income Tax | SMS | 118.26 | 3008.15 |
| PA Income Tax | | 39.01 | 1096.54 |
| PA Unemploy | | 0.91 | 25.83 |
| PA PHILA-Phi Inc | | 48.67 | 1383.21 |
| TOTAL | | 304.06 | 8246.14 |

**DEDUCTIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| Dental Advantag | 4.04 | 161.60 |
| Guard STD | 15.77 | 630.80 |
| Medical MVP | 26.08 | 1043.20 |
| Vision | 0.54 | 21.60 |
| TOTAL | 46.43 | 1857.20 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | 950.76 | 26840.74 |

Payrolls by Paychex, Inc.

**0942 YS07-7304** CareRing Health LLC • 6100 Dutchmans Ln • Ste 10 • Louisville KY 40205 • (267) 608-1526

CARERING HEALTH LLC
8100 Dutchmans LP
Ste 10
Louisville KY 40205

YS07-7304
ORG1:200 Field
ORG2:101 Personal Car
EE ID: PHI5840 DD

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA 19120

NON-NEGOTIABLE

NON-NEGOTIABLE
PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

**PERSONAL AND CHECK INFORMATION**

Rochelle Coates
225 W Nedro Ave
Philadelphia, PA 19120
**Employee ID:** PHI5840

**Home Department:** 101 Personal Care / 200 Field

**Pay Period:** 10/19/25 to 10/25/25
**Check Date:** 10/31/25 **Check #:** 297544

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 401 | 474.91 | 24790.44 |
| **NET PAY** | **474.91** | **24790.44** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 13.0000 | 520.00 | 1401.0000 | 18213.00 |
| | Hourly (Retro) | | | | 56.0000 | 728.00 |
| | PTO- | | | | 48.0000 | 624.00 |
| | Overtime | 6.5000 | 19.5000 | 126.75 | 602.0000 | 11739.07 |
| | Holiday Worked | | | | 23.7500 | 463.13 |
| | Overtime (Retro) | | | | 72.0000 | 1404.00 |
| | Sick | | | | 32.0000 | 416.00 |
| | Vacation | | | | 40.0000 | 520.00 |
| | **Total Hours** | 46.5000 | | | 2274.7500 | |
| | **Total Hrs Worked** | 46.5000 | | | | |
| | **Gross Earnings** | | | 646.75 | | 34107.20 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 38.20 | 2042.41 |
| Medicare | | 8.93 | 477.66 |
| Fed Income Tax | SMS | 34.73 | 2720.06 |
| PA Income Tax | | 18.91 | 1011.33 |
| PA Unemploy | | 0.45 | 23.85 |
| PA PHILA-Phi Inc | | 24.19 | 1277.11 |
| TOTAL | | 125.41 | 7552.42 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Dental Advantag | 4.04 | 153.52 |
| Guard STD | 15.77 | 599.26 |
| Medical MVP | 26.08 | 991.04 |
| Vision | 0.54 | 20.52 |
| TOTAL | 46.43 | 1764.34 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 474.91 | 24790.44 |

Payrolls by Paychex, Inc.

CARERING HEALTH LLC
6100 Dutchmans Ln
Ste 10
Louisville KY 40205

YS07-7304
ORG1:200 Field
ORG2:101 PersonalCar
EE ID: PHI5840 DD

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA 19120

NON-NEGOTIABLE

NON-NEGOT

PNC BANK, NA
PAYABLE IF DESIRED AT
ALL PNC BANK, NA BANKS

**PERSONAL AND CHECK INFORMATION**

Rochelle Coates
225 W Nedro Ave
Philadelphia, PA 19120
**Employee ID:** PHI5840

**Home Department:** 101 Personal Care / 200 Field

**Pay Period:** 11/02/25 **to** 11/08/25
**Check Date:** 11/14/25 **Check #:** 299496

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 401 | 1099.54 | 25889.98 |
| **NET PAY** | **1099.54** | **25889.98** |

**EARNINGS**

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 13.0000 | 520.00 | 1441.0000 | 18733.00 |
| Hourly | Hourly (Retro) | 8.0000 | 13.0000 | 104.00 | 64.0000 | 832.00 |
| | PTO- | | | | 48.0000 | 624.00 |
| | Overtime | 30.7500 | 19.5000 | 599.63 | 632.7500 | 12338.70 |
| | Overtime (Retro) | 16.0000 | 19.5000 | 312.00 | 88.0000 | 1716.00 |
| | Holiday Worked | | | | 23.7500 | 463.13 |
| | Sick | | | | 32.0000 | 416.00 |
| | Vacation | | | | 40.0000 | 520.00 |
| | **Total Hours** | 94.7500 | | | 2369.5000 | |
| | **Total Hrs Worked** | 94.7500 | | | | |
| | **Gross Earnings** | | | 1535.63 | | 35642.83 |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 93.31 | 2135.72 |
| Medicare | | 21.82 | 499.48 |
| Fed Income Tax | SMS | 169.83 | 2889.89 |
| PA Income Tax | | 46.20 | 1057.53 |
| PA Unemploy | | 1.07 | 24.92 |
| PA PHILA-Phi Inc | | 57.43 | 1334.54 |
| TOTAL | | 389.66 | 7942.08 |

**DEDUCTIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| Dental Advantag | 4.04 | 157.56 |
| Guard STD | 15.77 | 615.03 |
| Medical MVP | 26.08 | 1017.12 |
| Vision | 0.54 | 21.06 |
| TOTAL | 46.43 | 1810.77 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **1099.54** | **25889.98** |

Payrolls by Paychex, Inc.

**0942 YS07-7304** CareRing Health LLC • 6100 Dutchmans Ln • Ste 10 • Louisville KY 40205 • (267) 608-1526

CARERING HEALTH LLC
6100 Dutchmans Ln
Ste 10
Louisville KY 40205

YS07-7304
ORG1:200 Field
ORG2:101 Personal Car
EE ID: PHI5840 DD

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA 19120

NON-NEGOTIABLE

NON-NEGOTIABLE

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

**PERSONAL AND CHECK INFORMATION**
Rochelle Coates
225 W Nedro Ave
Philadelphia, PA 19120
**Employee ID:** PHI5840

**Home Department:** 101 Personal Care / 200 Field

**Pay Period:** 10/12/25 **to** 10/18/25
**Check Date:** 10/24/25 **Check #:** 296564

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 401 | 707.72 | 24315.53 |
| **NET PAY** | **707.72** | **24315.53** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 13.0000 | 520.00 | [illegible] | 17650.00 |
| | Hourly (Retro) | | | | [illegible] | 728.00 |
| | PTO- | | | | 48.0000 | 624.00 |
| | Overtime | 22.7500 | 19.5000 | 443.63 | 595.5000 | 11612.32 |
| | Holiday Worked | | | | 23.7500 | 463.13 |
| | Overtime (Retro) | | | | 72.0000 | 1404.00 |
| | Sick | | | | 32.0000 | 416.00 |
| | Vacation | | | | 40.0000 | 520.00 |
| | **Total Hours** | 62.7500 | | | 2228.2500 | |
| | **Total Hrs Worked** | 62.7500 | | | | |
| | **Gross Earnings** | | | 963.63 | | 33460.45 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 57.84 | 2004.21 |
| Medicare | | 13.53 | 468.73 |
| Fed Income Tax | SMS | 72.76 | 2685.33 |
| PA Income Tax | | 28.64 | 992.42 |
| PA Unemploy | | 0.67 | 23.40 |
| PA PHILA-Phi Inc | | 36.04 | 1252.92 |
| TOTAL | | 209.48 | 7427.01 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Dental Advantag | 4.04 | 149.48 |
| Guard STD | 15.77 | 583.49 |
| Medical MVP | 26.08 | 964.96 |
| Vision | 0.54 | 19.98 |
| TOTAL | 46.43 | 1717.91 |

| **NET PAY** | THIS PERIOD ($) | YT |
|---|---|---|
| | 707.72 | 243 |

Payrolls by Paychex, Inc.

**0942 YS07-7304** CareRing Health LLC • 6100 Dutchmans Ln • Ste 10 • Louisville KY 40205 • (267) 608-1526

CARERING HEALTH LLC
6100 Dutchmans Ln
Ste 10
Louisville KY 40205

YS07-7304
ORG1:200 Field
ORG2:101 Personal Car
EE ID: PHI5840 DD

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA 19120

NON-NEGOTIABLE

NON-NEGOT
PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

**PERSONAL AND CHECK INFORMATION**

Rochelle Coates
225 W Nedro Ave
Philadelphia, PA 19120
**Employee ID:** PHI5840

**Home Department:** 101 Personal Care / 200 Field

**Pay Period:** 10/05/25 **to** 10/11/25
**Check Date:** 10/17/25 **Check #:** 295585

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 401 | 1856.12 | 23607.81 |
| **NET PAY** | **1856.12** | **23607.81** |

**EARNINGS**

| BASIS OF PAY | DESCRIPTION | HRS/UNITS | RATE | CURRENT ($) | YTD HRS/UNITS | YTD ($) |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | [illegible] | 520.00 | 1321.0000 | 17173.00 |
| Hourly | Hourly (Retro) | 40.0000 | [illegible] | 520.00 | 56.0000 | 728.00 |
| | PTO- | | | | 48.0000 | 624.00 |
| | Overtime | 39.2500 | [illegible] | 765.38 | 572.7500 | 11168.69 |
| | Overtime (Retro) | 48.0000 | [illegible] | 936.00 | 72.0000 | 1404.00 |
| | Holiday Worked | | | | 23.7500 | 463.13 |
| | Sick | | | | 32.0000 | 416.00 |
| | Vacation | | | | 40.0000 | 520.00 |
| | **Total Hours** | 167.2500 | | | 2165.5000 | |
| | **Total Hrs Worked** | 167.2500 | | | | |
| | **Gross Earnings** | | | 2741.38 | | 32496.82 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | CURRENT ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 168.06 | 1946.37 |
| Medicare | | 39.31 | 455.20 |
| Fed Income Tax | SMS | 443.79 | 2612.57 |
| PA Income Tax | | 83.22 | 963.78 |
| PA Unemploy | | 1.92 | 22.73 |
| PA PHILA-Phi Inc | | 102.53 | 1216.88 |
| TOTAL | | 838.83 | 7217.53 |

**DEDUCTIONS**

| DESCRIPTION | CURRENT ($) | YTD ($) |
|---|---|---|
| Dental Advantag | 4.04 | 145.44 |
| Guard STD | 15.77 | 567.72 |
| Medical MVP | 26.08 | 938.88 |
| Vision | 0.54 | 19.44 |
| TOTAL | 46.43 | 1671.48 |

| **NET PAY** | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1856.12 | 23607.81 |

Payrolls by Paychex, Inc.

**0942 YS07-7304** CareRing Health LLC • 6100 Dutchmans Ln • Ste 10 • Louisville KY 40205 • (267) 608-1526

CARERING HEALTH LLC
6100 Dutchmans Ln
Ste 10
Louisville KY 40205

YS07-7304
ORG1:200 Field
ORG2:101 Personal Car
EE ID PHI5840 DD

ROCHELLE COATES
225 W NEDRO AVE
PHILADELPHIA PA 19120

NON-NEGOTIABLE

NON-NEGOTIABLE

PNC BANK, NA
PAYABLE IF DESIRED AT:
ALL PNC BANK, NA BANKS

**PERSONAL AND CHECK INFORMATION**

Rochelle Coates
225 W Nedro Ave
Philadelphia, PA 19120
**Employee ID:** PHI5840

**Home Department:** 101 Personal Care / 200 Field

**Pay Period:** 09/21/25 **to** 09/27/25
**Check Date:** 10/03/25 **Check #:** 293686

**NET PAY ALLOCATIONS**

| *DESCRIPTION* | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| Check Amount | 0.00 | 0.00 |
| Chkg 401 | 822.33 | 21751.69 |
| **NET PAY** | **822.33** | **21751.69** |

**EARNINGS**

| *BASIS OF PAY* | *DESCRIPTION* | *HRS/UNITS* | *RATE* | *CURRENT ($)* | *YTD HRS/UNITS* | *YTD ($)* |
|---|---|---|---|---|---|---|
| | Hourly | 40.0000 | 13.0000 | 520.00 | 1281.0000 | 16653.00 |
| | Hourly (Retro) | | | | 16.0000 | 208.00 |
| | PTO- | | | | 48.0000 | 624.00 |
| | Overtime | 30.7500 | 19.5000 | 599.63 | 533.5000 | 10403.31 |
| | Holiday Worked | | | | 23.7500 | 463.13 |
| | Overtime (Retro) | | | | 24.0000 | 468.00 |
| | Sick | | | | 32.0000 | 416.00 |
| | Vacation | | | | 40.0000 | 520.00 |
| | **Total Hours** | 70.7500 | | | 1998.2500 | |
| | **Total Hrs Worked** | 70.7500 | | | | |
| | **Gross Earnings** | | | 1119.63 | | 29755.44 |

**WITHHOLDINGS**

| *DESCRIPTION* | *FILING STATUS* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|---|
| Social Security | | 67.52 | 1778.31 |
| Medicare | | 15.79 | 415.89 |
| Fed Income Tax | SMS | 91.48 | 2168.78 |
| PA Income Tax | | 33.43 | 880.56 |
| PA Unemploy | | 0.78 | 20.81 |
| PA PHILA-Phi Inc | | 41.87 | 1114.35 |
| **TOTAL** | | 250.87 | 6378.70 |

**DEDUCTIONS**

| *DESCRIPTION* | *CURRENT ($)* | *YTD ($)* |
|---|---|---|
| Dental Advantag | 4.04 | 141.40 |
| Guard STD | 15.77 | 551.95 |
| Medical MVP | 26.08 | 912.80 |
| Vision | 0.54 | 18.90 |
| TOTAL | 46.43 | 1625.05 |

| **NET PAY** | *THIS PERIOD ($)* | *YTD ($)* |
|---|---|---|
| | **822.33** | **21751.69** |

*Payrolls by Paychex, Inc.*

**0942 YS07-7304** CareRing Health LLC • 6100 Dutchmans Ln • Ste 10 • Louisville KY 40205 • (267) 608-1526